IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:13-cv-69-WHA |
| ) | (WO) |
| ARMY FLEET SUPPORT, LLC; L-3 ) | |
| COMMUNICATIONS; DON DONLEY; ) | |
| PENNY WESTRICK; UNITED STATES OF ) | |
| AMERICA; and INTERNATIONAL ) | |
| ASSOCIATION OF MACHINISTS AND ) | |
| AEROSPACE WORKERS, AFL-CIO, ) | |
| LOCAL LODGE NO. 2003, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Per the court's Order (Doc. #51) of May 3, 2013, this case also is DISMISSED with prejudice as to International Association of Machinists and Aerospace Workers, AFL-CIO, Local Lodge No. 2003.

DONE this 6th day of May, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE