IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD REEVES, ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v. ) | CIVIL ACTION NO. 1:13-cv-69-WHA |
|   ) | (WO) |
| ARMY FLEET SUPPORT, LLC; L-3 ) | |
| COMMUNICATIONS; DON DONLEY; ) | |
| PENNY WESTRICK; UNITED STATES OF ) | |
| AMERICA; and INTERNATIONAL ) | |
| ASSOCIATION OF MACHINISTS AND ) | |
| AEROSPACE WORKERS, AFL-CIO, ) | |
| LOCAL LODGE NO. 2003, ) | |
|   ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Reconsideration (Doc. #57), it is hereby ORDERED that the Motion is DENIED.

DONE this 20th day of May, 2013.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE