IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:13cv069-WHA |
| ) | |
| ARMY FLEET SUPPORT, LLC, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the order of the court entered on this day (Doc. #61), and previous orders of the court (Docs. #51 and 52),

Judgment is entered in favor of all Defendants and against the Plaintiff, and this cause is DISMISSED.

Costs are taxed against the Plaintiff.

DONE this 4th day of June, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE